UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S.A.P., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>WILLIAM BARR, *et al.*,<br><br>　　　　Defendants. | Case No.: 19-cv-3549 |

**PARTIES' STIPULATION AND JOINT MOTION TO SET BRIEFING SCHEDULE**

In light of the D.C. Circuit's recent opinion in *Grace v. Barr*, No. 19-5013, 2020 WL 4032652 (D.C. Cir. July 17, 2020), and this Court's July 29, 2020 Order, the parties have conferred and jointly propose the summary judgment briefing schedule outlined below.

The parties believe that forgoing a decision on the preliminary injunction, and instead proceeding to cross-motions for summary judgment, will allow this case to be resolved in the most efficient manner and preserve the Court's resources. Updated briefing will also allow the parties to brief the impact of *Grace* on this case. Therefore, the parties respectfully move jointly for entry of the following briefing schedule.

- September 4: Plaintiffs' motion for summary judgment
- October 2: Defendants' combined cross motion for summary judgment + response to Plaintiffs' motion
- October 23: Plaintiffs' combined reply and response to Defendants' motion
- November 13: Defendants' reply

Defendants agree that, in accordance with the agreed stay of removal entered on December 2, 2019 (*see* ECF Doc. 7 & Dec. 2, 2019 Minute Order), they will not remove Plaintiffs[1] pending the adjudication of the summary judgment motions on the schedule proposed.

If the Court would deem it helpful, the parties would respectfully propose that the Court hold oral argument on the Motions for Summary Judgment at a mutually agreeable date once the briefing is concluded.

For these reasons, the parties stipulate to the foregoing, and respectfully request that the Court enter the proposed order attached hereto.

DATED: August 4, 2020          Respectfully submitted,

/s/ *Lauren C. Bingham*
LAUREN C. BINGHAM
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: 202-616-4458
Email: lauren.c.bingham@usdoj.gov

*Attorney for Defendants*

s/ Amanda Shafer Berman
Tracy A. Roman (#443718)
Amanda Shafer Berman (#497860)
Jared A. Levine (*pro hac vice*)
Mara R. Lieber (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 624-2500
troman@crowell.com

Victoria Neilson (*pro hac vice*)
Bradley Jenkins (#MD0110)
Michelle Mendez (*pro hac vice*)

---

[1] Counsel for Plaintiffs previously shared the names and alien registration numbers of the individuals subject to that agreed stay of removal with Defendants.

Rebecca Scholtz (*pro hac vice*)
CATHOLIC LEGAL IMMIGRATION
NETWORK, INC.
8757 Georgia Ave., Suite 850
Silver Spring, MD 20910
(301)565-4820
bjenkins@cliniclegal.org
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

S.A.P., *et al.*,

    Plaintiffs,

    v.

WILLIAM BARR, *et al.*,

    Defendants.

Case No.: 19-cv-3549

### [PROPOSED] ORDER

The parties have filed a Stipulation and Joint Motion to Set Briefing Schedule. The Court hereby **GRANTS** the joint motion, and enters the following summary judgment briefing schedule:

- September 4: Plaintiffs' motion for summary judgment
- October 2: Defendants' combined cross motion for summary judgment + response to Plaintiff's motion
- October 23: Plaintiffs' combined reply + response to Defendants' motion
- November 13: Defendants' reply

As agreed to by the parties, the orders of removal against Plaintiffs are **STAYED** until further order of the Court.

**SO ORDERED.**

_____
The Hon. Rudolph Contreras
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that today, August 4, 2020, I filed the foregoing Stipulation and Joint Motion to Set Briefing Schedule via the Court's CM-ECF system, which will electronically serve all counsel of record in this case.

s/Amanda Shafer Berman