UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S.A.P., *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>MERRICK GARLAND,[1] *et al.*,<br><br>  Defendants. | Case No.: 19-cv-3549 |

### Stipulation and Joint Motion to Extend Time to Respond to Court Order

The parties jointly stipulate and move the Court to extend the deadline for the parties to meet and confer and submit a joint status report by two weeks, until April 5, 2021.

The reasons for the Stipulation and Motion are:

1. On March 8, 2021, the Court ordered the parties to meet, confer, and submit a joint status report on or before March 22, 2021, providing the parties' position(s) on whether the reported changes in the new administration's immigration policies have any effect on the claims briefed in the parties' pending cross-motions for summary judgment.

2. As of January 20, 2021, there is new leadership at the United States Departments of Justice and Homeland Security due to the change in administration. Additional time to respond to the Court's order is needed to allow the new leadership at the Departments of Justice and Homeland Security to become familiar with the issues in this case, and determine how to respond to the Court's order.

---

[1] On March 11, 2021, Merrick Garland was sworn in as Attorney General of the United States, automatically substituting for William Barr, former Attorney General, as a party in accordance with Federal Rule of Civil Procedure 25(d).

3.  Plaintiffs believe that, absent a change in position by the government, the Court should proceed expeditiously to decide the pending cross-motions for summary judgment. However, Plaintiffs do not object to extending the joint status report deadline by two weeks so that the government can first consider, and the parties can discuss, whether there is any change in the government's position that might impact the scope or resolution of those issues.

4.  The parties therefore stipulate and jointly move that the Court enter an order extending the parties' time to file the joint status report. The parties submit that this scheduling request is not for the purpose of undue delay, and the proposed schedule will not prejudice either side. Nor will there be any additional burden placed upon this Court in resolving the parties' motions. Good cause, therefore, exists for the parties' stipulated request.

Dated: March 19, 2021

Respectfully submitted,

| | |
|---|---|
| BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br><br>WILLIAM C. PEACHEY<br>Director<br><br>EREZ REUVENI<br>Assistant Director<br><br>CHRISTINA P. GREER<br>Senior Litigation Counsel<br><br>/s/ *Lauren C. Bingham*<br>LAUREN C. BINGHAM<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>U.S. Department of Justice, Civil Division<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel.: 202-616-4458<br>Email: lauren.c.bingham@usdoj.gov<br>*Attorneys for Defendants* | /s/ *Amanda Shafer Berman*<br>Tracy A. Roman (#443718)<br>Amanda Shafer Berman (#497860)<br>Jared A. Levine (*pro hac vice*)<br>Mara R. Lieber (*pro hac vice*)<br>CROWELL & MORING LLP<br>1001 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>(202) 624-2500<br>troman@crowell.com<br><br>Victoria Neilson (*pro hac vice*)<br>Bradley Jenkins (#MD0110)<br>Michelle Mendez (*pro hac vice*)<br>Rebecca Scholtz (*pro hac vice*)<br>CATHOLIC LEGAL IMMIGRATION NETWORK, INC.<br>8757 Georgia Ave., Suite 850<br>Silver Spring, MD 20910<br>(301)565-4820<br>bjenkins@cliniclegal.org<br>*Attorneys for Plaintiffs* |

=

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

S.A.P., *et al.*,

    Plaintiffs,

    v.

MERRICK GARLAND, *et al.*,

    Defendants.

Case No.: 19-cv-3549

## [PROPOSED] ORDER

For the reasons set forth in the parties' Stipulation and Joint Motion to Extend Time to Respond to Court Order, that Motion is hereby GRANTED.

The parties' time to file their joint status report in response to this Court's order of March 8, 2021 is hereby extended to April 5, 2021.

ENTERED this ___ day of March, 2021

_____
United States District Judge

=