**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| S.A.P., *et al.*, | |
| Plaintiffs, | |
| v. | Case No.: 19-cv-3549 |
| MERRICK GARLAND,[1] *et al.*, | |
| Defendants. | |

## Stipulation and Joint Motion to Extend Time to Respond to Court Order

The parties jointly stipulate and move the Court to extend the deadline for the parties to meet and confer and submit a joint status report by an additional two weeks, until April 19, 2021.

The reasons for the Stipulation and Motion are:

1. On March 8, 2021, the Court ordered the parties to meet, confer, and submit a joint status report on or before March 22, 2021, providing the parties' position(s) on whether the reported changes in the new administration's immigration policies have any effect on the claims briefed in the parties' pending cross-motions for summary judgment.

2. Defendants requested, and Plaintiffs agreed, to a two-week extension of the deadline, until April 5, 2021, to allow new leadership at the United States Departments of Justice and Homeland Security to become familiar with the issues in this case, and determine how to respond to the Court's order. The Court granted the requested extension.

3. Defendants have consulted with their clients, and the parties are in the process of conferring on the next steps in this litigation, in the hopes that they might reach agreement on

---

[1] On March 11, 2021, Merrick Garland was sworn in as Attorney General of the United States, automatically substituting for William Barr, former Attorney General, as a party in accordance with Federal Rule of Civil Procedure 25(d).

how to proceed. Because the parties are still in the process of conferral, and Defendants need additional time to consult with the agencies at issue, the parties agree that another two-week extension of the deadline to submit a status report would be appropriate.

4.      The parties therefore stipulate and jointly move that the Court enter an order extending the parties' time to file the joint status report by an additional two weeks, until April 19, 2021. The parties submit that this scheduling request is not for the purpose of undue delay, and the proposed schedule will not prejudice either side. Nor will there be any additional burden placed upon this Court in resolving the parties' motions. Good cause, therefore, exists for the parties' stipulated request.

Dated: April 2, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Assistant Director

CHRISTINA P. GREER
Senior Litigation Counsel

/s/ *Lauren C. Bingham*
LAUREN C. BINGHAM
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: 202-616-4458
Email: lauren.c.bingham@usdoj.gov

*Attorneys for Defendants*

/s/ *Amanda Shafer Berman*
Tracy A. Roman (#443718)
Amanda Shafer Berman (#497860)
Jared A. Levine (*pro hac vice*)
Mara R. Lieber (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 624-2500
troman@crowell.com

Victoria Neilson (*pro hac vice*)
Bradley Jenkins (#MD0110)
Michelle Mendez (*pro hac vice*)
Rebecca Scholtz (*pro hac vice*)
CATHOLIC LEGAL IMMIGRATION
NETWORK, INC.
8757 Georgia Ave., Suite 850
Silver Spring, MD 20910
(301)565-4820
bjenkins@cliniclegal.org

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

S.A.P., *et al.*,

       Plaintiffs,

       v.

MERRICK GARLAND, *et al.*,

       Defendants.

Case No.: 19-cv-3549

---

**[PROPOSED] ORDER**

For the reasons set forth in the parties' Stipulation and Joint Motion to Extend Time to Respond to Court Order, that Motion is hereby GRANTED.

The parties' time to file their joint status report in response to this Court's order of March 8, 2021 is hereby extended to April 19, 2021.

ENTERED this ___ day of April, 2021

_____
United States District Judge