UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S.A.P., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND,[1] *et al.*, <br><br> Defendants. | Case No.: 19-cv-3549 |

### Stipulation and Joint Motion to Extend Time to Submit Status Report

The parties jointly stipulate and move the Court to extend the deadline for the parties to meet and confer and submit a joint status report by an additional 30 days, until May 19, 2021.

The reasons for the Stipulation and Motion are:

1. On March 8, 2021, the Court ordered the parties to meet and confer on and submit a joint status report on or before March 22, 2021, providing the parties' position(s) on whether the reported changes in the new administration's immigration policies have any effect on the claims briefed in the parties' pending cross-motions for summary judgment.

2. Defendants requested, and Plaintiffs agreed to, a two-week extension of the deadline, until April 5, 2021, to allow new leadership at the United States Departments of Justice and Homeland Security to become familiar with the issues in this case and determine how to respond to the Court's order. The Court granted the requested extension.

---

[1] On March 11, 2021, Merrick Garland was sworn in as Attorney General of the United States, automatically substituting for former Attorney General William Barr as a party in accordance with Federal Rule of Civil Procedure 25(d).

3. Defendants then requested, and Plaintiffs agreed to, an additional two-week extension because the parties were still in the process of conferral, and Defendants needed additional time to consult with the agencies at issue.

4. Defendants are actively reviewing the policy guidance challenged in this litigation. United States Citizenship and Immigration Services, the agency which issued the challenged guidance expects to complete this review soon, although it will not be completed by the Court's April 19, 2021 deadline. Given the government's representation that the agency's review of the guidance is likely to be complete in the near future, Plaintiffs are willing to agree to a final extension of the status report deadline by 30 days.

5. For these reasons, which the parties believe are good cause, the parties stipulate and jointly move that the Court enter an order extending the parties' time to file the joint status report by an additional 30 days, until May 19, 2021.

Dated: April 19, 2021

Respectfully submitted,

| | |
|---|---|
| BRIAN M. BOYNTON<br>Acting Assistant Attorney General | /s/ *Amanda Shafer Berman*<br>Tracy A. Roman (#443718)<br>Amanda Shafer Berman (#497860)<br>Jared A. Levine (*pro hac vice*) |
| WILLIAM C. PEACHEY<br>Director | Mara R. Lieber (*pro hac vice*)<br>CROWELL & MORING LLP<br>1001 Pennsylvania Ave., N.W. |
| EREZ REUVENI<br>Assistant Director | Washington, D.C. 20004<br>(202) 624-2500<br>troman@crowell.com |
| CHRISTINA P. GREER<br>Senior Litigation Counsel | Victoria Neilson (*pro hac vice*)<br>Bradley Jenkins (#MD0110) |
| /s/ *Lauren C. Bingham*<br>LAUREN C. BINGHAM<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>U.S. Department of Justice, Civil Division<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel.: 202-616-4458<br>Email: lauren.c.bingham@usdoj.gov | Michelle Mendez (*pro hac vice*)<br>Rebecca Scholtz (*pro hac vice*)<br>CATHOLIC LEGAL IMMIGRATION<br>NETWORK, INC.<br>8757 Georgia Ave., Suite 850<br>Silver Spring, MD 20910<br>(301)565-4820<br>bjenkins@cliniclegal.org |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

=

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S.A.P., *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>MERRICK GARLAND, *et al.*,<br><br>        Defendants. | Case No.: 19-cv-3549 |

### [PROPOSED] ORDER

For the reasons set forth in the parties' Stipulation and Joint Motion to Extend Time to Submit Status Report, that Motion is hereby GRANTED.

The parties' time to file their joint status report in response to this Court's order of March 8, 2021 is hereby extended to <u>May 19, 2021</u>.

ENTERED this ___ day of April, 2021    _____
                                                                        United States District Judge