**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| S.A.P., *et al.*, | |
| Plaintiffs, | |
| v. | Case No.: 19-cv-3549 |
| MERRICK B. GARLAND, *et al.*, | |
| Defendants. | |

**Stipulation and Joint Motion to Stay Deadlines for Supplemental Summary Judgment Briefing and Briefing on Defendants' Motion for Abeyance**

The parties jointly stipulate and move the Court to stay the deadlines for the supplemental summary judgment briefing, as well as the deadlines for the response and reply to Defendants' Motion to Hold in Abeyance (ECF No. 65) ("Motion for Abeyance"), until the parties submit their joint status report on July 1, 2021, in which they will propose a briefing schedule if one remains necessary. Good cause supports the Stipulation and Motion, including the following:

1.    Under the current schedule for summary judgment briefing entered by this Court, Defendant's Response to Plaintiffs' Supplemental Memorandum in Support of Plaintiffs' Motion for Summary Judgment is due June 23, 2021, and Plaintiffs' Supplemental Reply in Support of their Motion for Summary Judgment is due June 30, 2021.  In addition, Plaintiffs' Response to Defendants' Motion for Abeyance is due June 23, 2021, and Defendants' Reply in Support of their Motion is due June 30, 2021.

2.    On June 16, 2021, the Attorney General issued *Matter of L-E-A-*, 28 I. & N. Dec. 304 (A.G. 2021) ("*L-E-A- III*"), in which he reversed the decision underlying the guidance in this dispute—*Matter of L-E-A-*, 27 I. & N. Dec. 581 (A.G. 2019) ("*L-E-A- II*").

3.    The agency has notified its officers of the Attorney General's decision.  *See*

https://www.uscis.gov/news/news-releases/statement-from-uscis-acting-director-tracy-renaud-on-todays-doj-asylum-decisions ("We have advised our officers to no longer rely on the vacated decisions and are working to swiftly provide specific, comprehensive guidance to our workforce to align our policies with these decisions.").

4.      On June 17, 2021, the Court issued a minute order instructing the parties to submit a joint status report no later than July 1, 2021, "expressing their respective position on the impact, if any, of the June 16, 2021 decision by Attorney General Garland to vacate" *L-E-A- II*.

5.      The parties are discussing the impact of the decision on this case and may be able to resolve this litigation without further briefing. In order to allow that process to move forward, and in order to avoid unnecessary briefing, the parties therefore stipulate and jointly move that the Court enter an order staying the deadlines for the parties' responses and replies listed above until the parties submit a joint status report on July 1, 2021, in which they will propose a further briefing schedule, if one remains necessary. This stay of the briefing schedule will not significantly delay the resolution of this case in light of the intervening decision, does not prejudice any party, and will allow the parties to confer and potentially resolve the case without further substantive briefing.

                                        Respectfully submitted,

Dated: June 19, 2021                    /s/ *Christina P. Greer*
                                        CHRISTINA P. GREER
                                        Senior Litigation Counsel
                                        Office of Immigration Litigation
                                        U.S. Department of Justice, Civil Division
                                        P.O. Box 868, Ben Franklin Station
                                        Washington, DC 20044
                                        Tel.: 202-598-8770
                                        Email: christina.p.greer@usdoj.gov

                                        *Attorney for Defendants*

/s/ *Bradley Jenkins*
Bradley Jenkins (#MD0110)
Victoria Neilson (*pro hac vice*)
Michelle Mendez (*pro hac vice*)
Rebecca Scholtz (*pro hac vice*)
CATHOLIC LEGAL IMMIGRATION
NETWORK, INC.
8757 Georgia Ave., Suite 850
Silver Spring, MD 20910
(301)565-4820
bjenkins@cliniclegal.org

Tracy A. Roman (#443718)
Amanda Shafer Berman (#497860)
Jared A. Levine (*pro hac vice*)
Mara R. Lieber (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 624-2500
troman@crowell.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

S.A.P., *et al.*,

   Plaintiffs,

   v.

MERRICK B. GARLAND, *et al.*,

   Defendants.

Case No.: 19-cv-3549

**PROPOSED ORDER**

  For the reasons set forth in the parties' Stipulation and Joint Motion to Stay Deadlines for Supplemental Summary Judgment Briefing and Briefing on Defendants' Motion for Abeyance, that Motion is hereby GRANTED.

  The briefing deadlines entered by the Court on May 21, 2021, are stayed pending a joint status report filed on or before July 1, 2021, in which the parties will set forth a proposed briefing schedule if one remains necessary.

  ENTERED this ___ day of June, 2021

                 _____
                 United States District Judge